07-CR-00410-TN

Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BEVERLEE P. KAMERLING, et al.,<br><br>Defendants. | No. CR07-410 RAJ<br><br>ORDER DENYING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT BEVERLEE KAMERLING |

THIS MATTER comes before the Court on Angelo Calfo and Lyle Tenpenny's Motion for Leave to Withdraw as Counsel for Defendant Beverlee Kamerling.

The Court adopts the Report and Recommendation filed on September 16, 2008 by Magistrate Judge James P. Donohue (Dkt. #261).

IT IS HEREBY ORDERED that the motion (Dkt. #211) is DENIED. Angelo Calfo, Lyle Tenpenny, and the firm Yarmuth Wilsdon Calfo PLLC are not permitted leave to withdraw as counsel for defendant Beverlee Kamerling.

DATED this 18th day of September, 2008.

HON. RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

ORDER DENYING LEAVE TO WITHDRAW TO
COUNSEL FOR DEFENDANT KAMERLING – 1